

## NUMBER 13-08-00663-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SAN BENITO ECONOMIC DEVELOPMENT
CORPORATION,                                                    Appellant,

v.

CHRISTOPHER HAMBY AND H20
CONSTRUCTION, INC.,                                           Appellees.

### On appeal from the 103rd District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Benavides and Vela**
**Memorandum Opinion Per Curiam**

Appellant, San Benito Economic Development Corporation, perfected an appeal

from a judgment entered by the 103rd District Court of Cameron County, Texas, in cause

number 2007-01-0026-D. The parties have filed a joint motion to dismiss with prejudice

on grounds that all matters in controversy between them in this cause have been fully compromised and settled. The parties request that this Court dismiss this case with prejudice to each party re-filing the same or any part thereof.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
4th day of March, 2010.